**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jason Henry Lathe v. Rachel Lizabeth Lathe

Appellate case number:     01-18-00936-CV

Trial court case number:    17-03-0243-CVA

Trial court:                 County Court at Law of Atascosa County

Appellant, Jason Henry Lathe, has filed a motion to substitute counsel, seeking to substitute Daniel De La Garza in place of Rochelle M. Acevedo as counsel on appeal. Because the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" at his last known address, the motion is **denied**, without prejudice to refiling. *See* TEX. R. APP. P. 6.5(b), (d).

Daniel De La Garza has filed a notice of appearance as counsel for appellant. Accordingly, the Clerk of this Court is directed to note Daniel De La Garza's appearance as counsel for appellant on the docket of this Court. *See* TEX. R. APP. P. 6.2.

It is so ORDERED.


Judge's signature: ___/s/ Terry Jennings_____
                     x Acting individually     ☐ Acting for the Court


Date: __November 13, 2018__